United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 22-01888-HWV
David Allen McVicker, Sr  Chapter 13
Stephanie Ann McVicker
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: AutoDocke    Page 1 of 5
Date Rcvd: Nov 04, 2022    Form ID: ntcnfhrg    Total Noticed: 80

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David Allen McVicker, Sr, Stephanie Ann McVicker, 214A John Street, Hanover, PA 17331-3351 |
| 5498605 | + | ALL AMERIDREAM RENTALS, 300 BALTIMORE STREET, HANOVER, PA 17331-3239 |
| 5498610 | + | BIOTEL HEART CARDIONET LLC, PO BOX 508, MALVERN, PA 19355-0508 |
| 5498611 | + | CAC COMMERCIAL ACCEPTANCE CORP, 2300 GETTYSBURG RD, STE 102, CAMP HILL, PA 17011-7303 |
| 5498614 | + | CAPITAL WEST FINANCE INC, 4028 HANOVER PIKE, MANCHESTER, MD 21102-1440 |
| 5498615 | + | CKS PRIME INC, PO BOX 2856, CHESAPEAKE, VA 23327-2856 |
| 5498616 | + | COLUMBIA GAS OF PA BANKRUPTCY NOTICES, REVENUE RECOVERY, 290 W NATIONWIDE BLVD, COLUMBUS, OH 43215-2561 |
| 5498629 | + | EASTERN REVENUE, 601 DRESHER RD STE 301, HORSHAM, PA 19044-2238 |
| 5498634 | + | HACC, ONE HACC DRIVE, HARRISBURG, PA 17110-2999 |
| 5498635 | + | HANOVER AREA FIRE & RESCUE COMMISSION, PO BOX 726, NEW CUMBERLAND, PA 17070-0726 |
| 5498640 | | LOCL 1776 CU, 3031 WALTON ROAD, NORRISTOWN, PA 19401 |
| 5498641 | + | LORI NEIDERER, 32 LEXINGTON DRIVE, HANOVER, PA 17331-8657 |
| 5498643 | + | MARY HOLLINGSWORTH, 1327 NORTH MAIN STREET, HAMPSTEAD, MD 21074-2238 |
| 5498645 | ++ | MET ED FIRST ENERGY, 101 CRAWFORD CORNER RD, BLDG 1 SUITE 1-511, HOLMDEL NJ 07733-1976 address filed with court:, MET ED, PO BOX 16001, READING PA 19612 |
| 5502412 | + | Metropolitan Edison Company, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 5498652 | + | PENN TOWNSHIP SEWER DEPARTMENT, 20 WAYNE AVENUE, HANOVER, PA 17331-3313 |
| 5498656 | | PROGRESSIVE INSURANCE, 5165 CHAMPUS DR, STE 100, PLYMOUTH MEETING, PA 19462-1639 |
| 5498657 | + | RANDRECOVERY, PO BOX 21575, PIKESVILLE, MD 21282-1575 |
| 5498659 | + | SNAP FINANCE, 1760 W 2100 S #26561, SALT LAKE CITY, UT 84199-9995 |
| 5498661 | + | SPRINT PART OF TMOBILE, CUSTMOMER SERVICE, PO BOX 629023, EL DORADO HILLS, CA 95762-9023 |
| 5498662 | + | STATE OF MARYLAND, CENTRAL COLLECTION UNIT, 5TH FLOOR CERTIFICATIONS, 300 WEST PRESTON STREET, BALTIMORE, MD 21201-2307 |
| 5499233 | | U.S. Department of Housing and Urban Development, 11th Floor 100 Penn Square East, Philadelphia, PA 19107 |
| 5498667 | ++ | UGI UTILITIES INC, ATTN CREDIT & COLLECTIONS, P O BOX 13009, READING PA 19612-3009 address filed with court:, UGI CORP, 225 MORGANTOWN RD, READING, PA 19611 |
| 5498670 | + | USDOE/GLELSI, PO BOX 16448, SAINT PAUL, MN 55116-0448 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Nov 04 2022 18:54:13 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5498604 | | Email/Text: EBNProcessing@afni.com | Nov 04 2022 18:46:00 | AFNI INC, 404 BROCK DRIVE, PO BOX 3097, BLOOMINGTON, IL 61702-3097 |
| 5498606 | ^ | MEBN | Nov 04 2022 18:42:26 | ARS, 1643 NW 136TH AVENUE, SUNRISE, FL 33323-2857 |
| 5498607 | + | Email/Text: g17768@att.com | Nov 04 2022 18:46:00 | AT&T - BANKRUPTCY, 4331 COMMUNICATIONS DR, FIR 4W, DALLAS, TX 75211-1300 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5498608 | + | Email/Text: g20956@att.com | Nov 04 2022 18:46:00 | AT&T MOBILITY, 15901 E SKELLY DRIVE (PHILA), TULSA, OK 74116-2809 |
| 5498609 | | Email/Text: bankruptcy@bbandt.com | Nov 04 2022 18:46:00 | BB&T, BANKRUPTCY SECTION, PO BOX 1847, WILSON, NC 27894 |
| 5498612 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Nov 04 2022 18:46:00 | CAINE & WEINER, 1699 E WOODFIELD ROAD, SCHAUMBURG, IL 60173-4935 |
| 5498613 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 04 2022 18:54:02 | CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5498617 | + | Email/Text: documentfiling@lciinc.com | Nov 04 2022 18:46:00 | COMCAST CABLE (BK Notices), 676 ISLAND POND ROAD, MANCHESTER, NH 03109-4840 |
| 5498618 | | Email/Text: dylan.succa@commercialacceptance.net | Nov 04 2022 18:46:00 | COML ACCEPT, 2300 GETTYSBURG RD, STE 102, CAMP HILL, PA 17011-7303 |
| 5498619 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 04 2022 18:46:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5498620 | | Email/Text: commonwealth@ebn.phinsolutions.com | Nov 04 2022 18:46:00 | COMMONWEALTH FINANCIAL SYSTEMS INC, BK NOTICES, 245 MAIN STREET, DICKSON CITY, PA 18519-1641 |
| 5498621 | | Email/Text: cfcbackoffice@contfinco.com | Nov 04 2022 18:46:00 | CONTINENTAL, 121 CONTINENTAL DR, NEWARK, DE 19713 |
| 5498666 | | Email/Text: cfcbackoffice@contfinco.com | Nov 04 2022 18:46:00 | TBOM/CONTFIN, PO BOX 8099, NEWARK, DE 19714 |
| 5498622 | + | Email/Text: convergent@ebn.phinsolutions.com | Nov 04 2022 18:46:00 | CONVERGENT OUTSOURCING INC, 800 SW 39TH STREET, PO BOX 9004, RENTON, WA 98057-9004 |
| 5498623 | + | Email/Text: ccusa@ccuhome.com | Nov 04 2022 18:46:00 | CR COLL/USA, 256 GREENBAG ROAD STE 1, MORGANTOWN, WV 26501-7158 |
| 5498624 | + | Email/Text: ebnnotifications@creditacceptance.com | Nov 04 2022 18:46:00 | CREDIT ACCEPTANCE, 25505 W 12 MILE ROAD, STE 3000, SOUTHFIELD, MI 48034-8331 |
| 5498625 | + | Email/Text: EBN@thecmigroup.com | Nov 04 2022 18:46:00 | CREDIT MANAGEMENT LP, 6080 TENNYSON PKWY, STE 100, PLANO, TX 75024-6002 |
| 5498626 | | Email/PDF: creditonebknotifications@resurgent.com | Nov 04 2022 18:54:03 | CREDITONE BANK, CUSTOMER BILLING AND CORRESPONDENCE, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 5498668 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Nov 04 2022 18:46:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |
| 5498627 | + | Email/Text: Bankruptcy.Consumer@dish.com | Nov 04 2022 18:46:00 | DISH NETWORK, BANKRUPTCY DEPT, PO BOX 9033, LITTLETON, CO 80160-9033 |
| 5498628 | + | Email/Text: bankruptcynotices@dcicollect.com | Nov 04 2022 18:46:00 | DIVERSIFIED, PO BOX 551268, JACKSONVILLE, FL 32255-1268 |
| 5498630 | | Email/Text: operationsclerk@easypayfinance.com | Nov 04 2022 18:46:00 | EASYPAY/DVRA, 2701 LOKER AVE WEST, CARLSBAD, CA 92008 |
| 5498632 | + | Email/Text: bknotice@ercbpo.com | Nov 04 2022 18:46:00 | ERC, CORRESPONDENCE, PO BOX 57547, JACKSONVILLE, FL 32241-7547 |
| 5498631 | + | Email/Text: bknotice@ercbpo.com | Nov 04 2022 18:46:00 | ERC, PO BOX 57547, JACKSONVILLE, FL 32241-7547 |
| 5498633 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 04 2022 18:54:12 | FIRST PREMIER BANK, 3820 N LOUISE AVENUE, SIOUX FALLS SD 57107-0145 |
| 5498636 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |

| Recipient ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | Nov 04 2022 18:46:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5498637 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 04 2022 18:46:00 | JEFFCAPSYS, 16 MCLELAND RD, SAINT CLOUD, MN 56303 |
| 5498638 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 04 2022 18:54:10 | JPMCB CARD, PO BOX 15369, WILMINGTON, DE 19850 |
| 5498639 | | ^ MEBN | Nov 04 2022 18:42:51 | KML LAW GROUP PC, SUITE 5000 - BNY INDEPENDENCE CENTER, 701 MARKET STREET, PHILADELPHIA, PA 19106-1541 |
| 5498642 | | Email/Text: camanagement@mtb.com | Nov 04 2022 18:46:00 | M&T BANK, 1100 WEHRLE DRIVE, WILLIAMSVILLE, NY 14221 |
| 5498644 | + | Email/Text: unger@members1st.org | Nov 04 2022 18:46:00 | MEMBERS 1ST FCU, 5000 LOUISE DR, PO BOX 40, MECHANICSBURG, PA 17055-0040 |
| 5498647 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 04 2022 18:46:00 | MIDLAND CREDIT MANAGEMENT INC, BK NOTICES, 350 CAMINO DE LA REINA, STE 100, SAN DIEGO, CA 92108-3007 |
| 5498646 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 04 2022 18:46:00 | MIDLAND CREDIT MANAGEMENT INC, BK NOTICES, 320 EAST BIG BEAVER, STE 300, TROY, MI 48083-1271 |
| 5498648 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 04 2022 18:46:00 | MIDLAND FUNDING LLC, 2365 NORTHSIDE DR STE 300, SAN DIEGO, CA 92108-2710 |
| 5504445 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 04 2022 18:46:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5504739 | | Email/Text: nsm_bk_notices@mrcooper.com | Nov 04 2022 18:46:00 | Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 5498649 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 04 2022 18:46:00 | NATIONSTAR/MR COOPER, 350 HIGHLAND DRIVE, LEWISVILLE, TX 75067-4488 |
| 5498650 | | Email/PDF: cbp@onemainfinancial.com | Nov 04 2022 18:54:10 | ONEMAIN FINANCIAL ATTN: BK NOTICES, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5498651 | + | Email/Text: bankruptcy@onlineis.com | Nov 04 2022 18:46:00 | ONLINE IN SV, PO BOX 1489, WINTERVILLE, NC 28590-1489 |
| 5498723 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 04 2022 18:54:05 | Orion, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5498653 | | Email/Text: info@phoenixfinancialsvcs.com | Nov 04 2022 18:46:00 | PHNX FINAN, 8902 OTIS AVENUE, INDIANAPOLIS, IN 46216 |
| 5498654 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 04 2022 18:46:00 | PNC BANK, 2730 LIBERTY AVENUE, PITTSBURGH, PA 15222 |
| 5498655 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 04 2022 18:54:22 | PORTFOLIO RECOVERY ASSOCIATES LLC, BK NOTICES, PO BOX 41067, NORFOLK, VA 23541 |
| 5501258 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 04 2022 18:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 5504059 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 04 2022 18:46:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 5498658 | | Email/Text: enotifications@santanderconsumerusa.com | Nov 04 2022 18:46:00 | SANTANDER CONSUMER USA, BANKRUPTCY DEPARTMENT, PO BOX 560284, DALLAS, TX 75356-0284 |
| 5498660 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Nov 04 2022 18:54:02 | SPRINT BANKRUPTCY, PO BOX 7949, OVERLAND PARK, KS 66207 |
| 5498663 | + | Email/Text: bankruptcy@sw-credit.com | Nov 04 2022 18:46:00 | SW CREDIT SYS, 4120 INTERNATIONAL PKWY STE 1100, CARROLLTON, TX 75007-1958 |

| Recipient | Notice Method | Date | Address |
|---|---|---|---|
| 5498664 + | Email/PDF: gecsedi@recoverycorp.com | Nov 04 2022 18:54:03 | SYNCB/WALMART, PO BOX 965024, ORLANDO, FL 32896-5024 |
| 5501376 | Email/PDF: ebn_ais@aisinfo.com | Nov 04 2022 18:54:03 | Sprint Corp., by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5498665 | Email/PDF: ais.tmobile.ebn@aisinfo.com | Nov 04 2022 18:54:10 | T-MOBILE BANKRUPTCY DEPT, PO BOX 37380, ALBUQUERQUE, NM 87176 |
| 5498669 + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Nov 04 2022 18:46:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |
| 5502892 | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Nov 04 2022 18:46:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 5498671 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 04 2022 18:46:00 | VERIZON BANKRUPTCY DEPT, 500 TECHNOLOGY DR, STE 550, SAINT CHARLES, MO 63304-2225 |
| 5498672 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 04 2022 18:46:00 | VERIZON WIRELESS, 500 TECHNOLOGY DR, STE 550, SAINT CHARLES, MO 63304-2225 |

TOTAL: 56

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 06, 2022          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Kara Katherine Gendron | on behalf of Debtor 2 Stephanie Ann McVicker karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Kara Katherine Gendron | on behalf of Debtor 1 David Allen McVicker Sr karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |

United States Trustee
                              ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

David Allen McVicker Sr,
aka David Allen McVicker,

**Debtor 1**

Stephanie Ann McVicker,
fka Stephanie Ann Fogle,

**Debtor 2**

Chapter  13

Case No.  1:22−bk−01888−HWV

# Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**December 7, 2022** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: December 14, 2022<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ChristopherGambini, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 4, 2022 |

ntcnfhrg (08/21)