IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| DAVID ALLEN MCVICKER, SR | : | |
| aka David Allen McVicker | : | CASE NO. 1:22-bk-01888 |
| STEPHANIE ANN MCVICKER | : | |
| fka Stephanie Ann Fogle | : | |
|     Debtors | : | |
| | : | |
| Nationstar Mortgage LLC | : | |
|     Movant | : | |
| | : | |
| DAVID ALLEN MCVICKER, SR | : | |
| aka David Allen McVicker | : | |
| STEPHANIE ANN MCVICKER | : | |
| fka Stephanie Ann Fogle | : | |
|     Respondents | : | |

**ANSWER TO MOTION FOR RELIEF FROM STAY**

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Denied as stated; the Debtors' amended plan, which was approved by Order of the Court, provides for payment of the arrearages.

7. Denied as stated; the Debtors' amended plan, which was approved by Order of the Court, provides for payment of the arrearages.

8. The Debtors lack knowledge or information, such as a pay off statement, sufficient to form a belief as to the truth of this averment, and therefore deny the same.

9. Denied as stated; the Debtors' amended plan, which was approved by Order of the Court, provides for payment of the arrearages.

10. Denied as stated; the Debtors' amended plan, which was approved by Order of the Court, provides for payment of the arrearages.

11. The Debtors lack knowledge or information sufficient to form a belief as to the truth of this averment, and therefore deny the same.

WHEREFORE, the Debtor respectfully requests that this Court deny the motion for relief filed by the Movant and grant such other relief as this Court deems just.

Respectfully submitted,

/s/ Kara K. Gendron
_____
Kara K. Gendron, Esquire
Attorney ID #87577
MOTT & GENDRON LAW
125 State Street
Harrisburg, PA 17101
http://www.mottgendronlaw.com
T: (717) 232-6650 | F: (717) 232-0477
karagendron@gmail.com