IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: David Allen McVicker, Sr a/k/a David Allen McVicker Sr and Stephanie Ann McVicker a/k/a Stephanie Ann Fogle<br>    Debtors,<br><br>Nationstar Mortgage LLC<br>    Movant.<br>v.<br><br>David Allen McVicker, Sr a/k/a David Allen McVicker Sr and Stephanie Ann McVicker a/k/a Stephanie Ann Fogle<br>    Debtors/Respondents,<br><br>Jack N Zaharopoulos, Trustee<br>    Additional Respondent. | BANKRUPTCY CASE NUMBER<br>1:22-bk-01888-HWV<br><br>CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Bankruptcy Rules 2002 and 9007, Bankruptcy Code §§102(1), 342, and 1109(b), Nationstar Mortgage LLC, requests special notice of all matters which must be noticed to creditors, equity security holders, any creditors or other committees, and any other parties in interest whether sent by the Court, the Debtors, the Trustee, or any other party. This request includes not only the notices and papers referred to in the Rules above, but also includes, without limitation, Orders and notice of any Application, Motion, Petition, Pleading, Request, Complaint, and demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, facsimile or otherwise.

Dated: September 11, 2023

            Respectfully submitted,
            BY:*/s/ Christopher A. DeNardo*
            Christopher A. DeNardo 78447
            LOGS Legal Group LLP
            3600 Horizon Drive, Suite 150
            King of Prussia, PA 19406
            (610) 278-6800
            logsecf@logs.com

LLG File #: 23-069675

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: David Allen McVicker, Sr a/k/a David Allen McVicker Sr and Stephanie Ann McVicker a/k/a Stephanie Ann Fogle<br>    Debtors,<br><br>Nationstar Mortgage LLC<br>    Movant.<br>v.<br><br>David Allen McVicker, Sr a/k/a David Allen McVicker Sr and Stephanie Ann McVicker a/k/a Stephanie Ann Fogle<br>    Debtors/Respondents,<br><br>Jack N Zaharopoulos, Trustee<br>    Additional Respondent. | BANKRUPTCY CASE NUMBER<br>1:22-bk-01888-HWV<br><br>CHAPTER 13 |

## **CERTIFICATE OF SERVICE**

    I, Christopher A. DeNardo, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Entry of Appearance and Request for Notice by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this 11th day of September, 2023:

David Allen McVicker, Sr a/k/a David Allen McVicker Sr
214A John Street
Hanover, PA 17331

Stephanie Ann McVicker a/k/a Stephanie Ann Fogle
214A John Street
Hanover, PA 17331

Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
karagendron@gmail.com - VIA ECF

Jack N Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036 - VIA ECF

I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

*/s/ Christopher A. DeNardo*
Christopher A. DeNardo 78447
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com