IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | CHAPTER 13 |
| DAVID ALLEN MCVICKER, SR : | |
| aka David Allen McVicker : | CASE NO. 1:22-bk-01888 |
| STEPHANIE ANN MCVICKER : | |
| fka Stephanie Ann Fogle : | |
|     Debtors : | |
| : | |
| Nationstar Mortgage LLC : | |
|     Movant : | |
| : | |
| DAVID ALLEN MCVICKER, SR : | |
| aka David Allen McVicker : | |
| STEPHANIE ANN MCVICKER : | |
| fka Stephanie Ann Fogle : | |
|     Respondents : | |

## ANSWER TO MOTION FOR RELIEF FROM STAY

1. Admitted.

2. Admitted.

3. Admitted.

4. Debtors lack sufficient information to form a belief as to this averment and therefore it is denied.

5. Admitted; however, Debtors will cure the two months payments within a reasonable time.

6. Admitted.

7. Admitted.

8. Denied the Debtors have made payments, but is currently due for August 2023.

9. Admitted.

10. Admitted.

11. The Debtors lack knowledge or information sufficient to form a belief as to the truth of this averment, and therefore deny the same. Movant has the burden of proving lack of equity.

12. Denied. The property is the Debtors' home and is therefore necessary for an effective reorganization.

13. Denied that Movant has demonstrated cause to waive Rule 4001(a)(3).

14. Admitted that Movant attached exhibits.

WHEREFORE, the Debtor respectfully requests that this Court deny the motion for relief filed by the Movant and grant such other relief as this Court deems just.

        Respectfully submitted,

        /s/ Kara K. Gendron
        _____
        Kara K. Gendron, Esquire
        Attorney ID #87577
        MOTT & GENDRON LAW
        125 State Street
        Harrisburg, PA 17101
        http://www.mottgendronlaw.com
        T: (717) 232-6650 | F: (717) 232-0477
        karagendron@gmail.com