IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: David Allen McVicker, Sr a/k/a David Allen McVicker Sr and Stephanie Ann McVicker a/k/a Stephanie Ann Fogle<br>     Debtors, | BANKRUPTCY CASE NUMBER<br>1:22-bk-01888-HWV |
| Nationstar Mortgage LLC<br>     Movant. | CHAPTER 13 |
| v. | |
| David Allen McVicker, Sr a/k/a David Allen McVicker Sr and Stephanie Ann McVicker a/k/a Stephanie Ann Fogle<br>     Debtors/Respondents, | |
| Jack N Zaharopoulos, Trustee<br>     Additional Respondent. | |

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance[2].

Reason for the continuance: To allow more time to complete and circulate a Stipulation Order

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Respectfully submitted,

Dated: 10/20/2023

BY:*/s/ Christopher A. DeNardo*
Christopher A. DeNardo 78447
Heather Riloff - 309906
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com

---

' No alterations or interlineations of this document are permitted.

2 If this is not a first request for a continuance, then a Motion to Continue must be filed.