IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: David Allen McVicker, Sr a/k/a David Allen McVicker Sr and Stephanie Ann McVicker a/k/a Stephanie Ann Fogle<br>    Debtors, | BANKRUPTCY CASE NUMBER<br>1:22-bk-01888-HWV<br><br>CHAPTER 13 |
| Nationstar Mortgage LLC<br>    Movant.<br>v.<br><br>David Allen McVicker, Sr a/k/a David Allen McVicker Sr and Stephanie Ann McVicker a/k/a Stephanie Ann Fogle<br>    Debtors/Respondents,<br><br>Jack N Zaharopoulos, Trustee<br>    Additional Respondent. | |

## **REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST\***

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☒ The undersigned counsel certifies as follows:

    (1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).

        ☐ Thirty (30) days.

        ☒ Forty-five (45) days.

        ☐ Sixty (60) days.

    (2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Respectfully submitted,

Dated: 01/05/2024

BY: */s/ Christopher A. DeNardo*
Christopher A. DeNardo 78447
Heather Riloff - 309906
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800
logsecf@logs.com

*No alterations or interlineations of this document are permitted.

**Revised** 12/19/2005