**Fill in this information to identify the case:**

Debtor 1     DAVID ALLEN MCVICKER, SR

Debtor 2     STEPHANIE ANN MCVICKERS
(Spouse, if filing)

United States Bankruptcy Court for the:   MIDDLE    District of   PA
(State)

Case number   22-01888

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made     12/25

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).**

### Part 1:   Mortgage Information

**Name of claim holder:**    NATIONSTAR MORTGAGE      **Court claim no.** (if known):   8

**Last 4 digits** of any number you use to identify the debtor's account:    5   3   1   4

**Property address:**     214A JOHN STREET
Number    Street

HANOVER,      PA     17331
City      State    ZIP Code

### Part 2:   Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached or may be accessed here: _____ (web address).

### Part 3:   Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ 2,566.03 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 2,566.03 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ 2,107.05 |
| d. Total amount of arrearages disbursed by the trustee: | $ 4,673.08 |

Case 1:22-bk-01888-HWV    Doc 110    Filed 06/29/26    Entered 06/29/26 09:14:09    Desc
Main Document     Page 1 of 6

## Part 4: Postpetition Payments

*Check one:*

❏ Postpetition payments are made by the debtor.

☒ Postpetition payments are paid through the trustee.

❏ Other: _____

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice: $ 2,619.96

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on
9/2024_____. All subsequent ongoing mortgage payments must be made directly by the debtor
to the mortgage claimant.

## Part 5: Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee: $ _____

## Part 6: A Response Is Required by Bankruptcy Rule 3002.1(g)(3)

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✖ /s/Donna Schott, Funds Manager _____   Date   6 / 29 / 2026
    Signature

Trustee   Jack              N              Zaharopoulos
          First Name        Middle Name    Last Name

Address   8125 Adams Drive, Suite A
          Number          Street

          Hummelstown              PA        17036
          City                     State     ZIP Code

Contact phone  ( 717 ) 566 – 6097          Email info@pamd13trustee.com

Case 1:22-bk-01888-HWV   Doc 110   Filed 06/29/26   Entered 06/29/26 09:14:09   Desc
Main Document     Page 2 of 6

# Disbursements for Claim

**Case:  22-01888        DAVID ALLEN MCVICKER, SR**

**NATIONSTAR MORTGAGE,LLC**
PO BOX 619094

DALLAS, TX  75261-9741

Acct No: 5314

6TH AP 7/23 REMOVED CONDUITS

Sequence:  07
Modify:
Filed Date:
Hold Code:  D

| | | Debt: | $49,779.24 | Interest Paid: | $0.00 |
| Amt Sched: | $0.00 | | | Accrued Int: | $0.00 |
| Amt Due: | $873.32 | Paid: | $2,619.96 | Balance Due: | $47,159.28 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|-------|------|------|------|---------|-----------|----------|-------|------------|
| | | | | | | | DisbDescrp | |
| **5010** | **NATIONSTAR MORTGAGE,LLC** | | | | | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 06/13/2023 | 2025988 | $873.32 | $0.00 | $873.32 | 06/23/2023 |
| | | | | | | Payment for 3/2023 | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 04/18/2023 | 2024029 | $873.32 | $0.00 | $873.32 | 04/28/2023 |
| | | | | | | Payment for 1/2023 | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 04/18/2023 | 2024029 | $873.32 | $0.00 | $873.32 | 04/28/2023 |
| | | | | | | Payment for 2/2023 | | |
| | | | | Sub-totals: | $2,619.96 | $0.00 | $2,619.96 | |
| | | | | Grand Total: | $2,619.96 | $0.00 | | |

# Disbursements for Claim

NATIONSTAR MORTGAGE
PO BOX 619094

DALLAS, TX 75261-9741

**Acct No:** 5314 - PRE-ARREARS - John S

ARREARS - 214-A OHN STREET - PAID DIRECT VIA LOAN MOD - NO FURTHER PAYMENTS PER 7TH AP   MFR 10/8/24

**Sequence:** 13
**Modify:**
**Filed Date:**
**Hold Code:** D

| | | | |
|---|---|---|---|
| | **Debt:** $8,031.85 | **Interest Paid:** | $0.00 |
| **Amt Sched:** $111,000.00 | | **Accrued Int:** | $0.00 |
| **Amt Due:** $0.00 | **Paid:** $2,566.03 | **Balance Due:** | $5,465.82 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|-------|------|------|------|---------|-----------|----------|-------|------------|
| | | | | | | DisbDescrp | | |
| **5200** | **NATIONSTAR MORTGAGE** | | | | | | | |
| 520-0 | NATIONSTAR MORTGAGE | | 08/07/2024 | 2039151 | $192.58 | $0.00 | $192.58 | 08/16/2024 |
| 520-0 | NATIONSTAR MORTGAGE | | 07/10/2024 | 2038282 | $240.74 | $0.00 | $240.74 | 07/24/2024 |
| 520-0 | NATIONSTAR MORTGAGE | | 06/18/2024 | 2037460 | $192.58 | $0.00 | $192.58 | 06/28/2024 |
| 520-0 | NATIONSTAR MORTGAGE | | 05/22/2024 | 2036550 | $192.58 | $0.00 | $192.58 | 06/03/2024 |
| 520-0 | NATIONSTAR MORTGAGE | | 04/17/2024 | 2035544 | $94.42 | $0.00 | $94.42 | 04/25/2024 |
| 520-0 | NATIONSTAR MORTGAGE | | 03/14/2024 | 2034581 | $170.24 | $0.00 | $170.24 | 03/27/2024 |
| 520-0 | NATIONSTAR MORTGAGE | | 02/14/2024 | 2033619 | $170.22 | $0.00 | $170.22 | 02/28/2024 |
| 520-0 | NATIONSTAR MORTGAGE | | 01/12/2024 | 2032697 | $212.79 | $0.00 | $212.79 | 01/24/2024 |
| 520-0 | NATIONSTAR MORTGAGE | | 12/19/2023 | 2031794 | $170.23 | $0.00 | $170.23 | 01/03/2024 |
| 520-0 | NATIONSTAR MORTGAGE | | 11/15/2023 | 2030837 | $170.23 | $0.00 | $170.23 | 11/29/2023 |
| 520-0 | NATIONSTAR MORTGAGE | | 10/18/2023 | 2029888 | $223.89 | $0.00 | $223.89 | 11/01/2023 |
| 520-0 | NATIONSTAR MORTGAGE | | 09/19/2023 | 2028902 | $535.53 | $0.00 | $535.53 | 09/28/2023 |

| | | |
|---|---|---|
| **Sub-totals:** $2,566.03 | $0.00 | $2,566.03 |
| **Grand Total:** $2,566.03 | $0.00 | |

# Disbursements for Claim

**Case: 22-01888     DAVID ALLEN MCVICKER, SR**

**NATIONSTAR MORTGAGE**
PO BOX 619094

DALLAS, TX   75261-9741

Acct No: 5314 - POST-ARREARS - John

Sequence:  13
Modify:
Filed Date:
Hold Code:  D

ARREARS - 214 A JOHN STREET , 5TH AP 4/18/23 INCREASED ARREARS  SEE CLAIM # 522

| | | Debt: | $6,300.00 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|
| Amt Sched: | $0.00 | | | Accrued Int: | $0.00 |
| Amt Due: | $0.00 | Paid: | $1,296.67 | Balance Due: | $5,003.33 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | DisbDescrp | |
| **5210** | **NATIONSTAR MORTGAGE** | | | | | | | |
| 521-0 | NATIONSTAR MORTGAGE | | 03/14/2024 | 2034581 | $133.52 | $0.00 | $133.52 | 03/27/2024 |
| 521-0 | NATIONSTAR MORTGAGE | | 02/14/2024 | 2033619 | $133.53 | $0.00 | $133.53 | 02/28/2024 |
| 521-0 | NATIONSTAR MORTGAGE | | 01/12/2024 | 2032697 | $166.90 | $0.00 | $166.90 | 01/24/2024 |
| 521-0 | NATIONSTAR MORTGAGE | | 12/19/2023 | 2031794 | $133.53 | $0.00 | $133.53 | 01/03/2024 |
| 521-0 | NATIONSTAR MORTGAGE | | 11/15/2023 | 2030837 | $133.52 | $0.00 | $133.52 | 11/29/2023 |
| 521-0 | NATIONSTAR MORTGAGE | | 10/18/2023 | 2029888 | $175.62 | $0.00 | $175.62 | 11/01/2023 |
| 521-0 | NATIONSTAR MORTGAGE | | 09/19/2023 | 2028902 | $420.05 | $0.00 | $420.05 | 09/28/2023 |
| | | | | Sub-totals: | $1,296.67 | $0.00 | $1,296.67 | |
| | | | | Grand Total: | $1,296.67 | $0.00 | | |

# Disbursements for Claim

**Case: 22-01888**     **DAVID ALLEN MCVICKER, SR**

**NATIONSTAR MORTGAGE**
PO BOX 619094

DALLAS, TX 75261-9741

Acct No: 5314- Post Arrears- John St

Sequence: 13
Modify:
Filed Date:
Hold Code: D

POST ARREARS ADDED PER STIP & AMENDED POC 3/29/24  LESS AMT ALREADY PD ON CLAIM # 521 - PAID DIRECT VIA LOAN MOD. - NO FURTHER PAYMENTS PER 7TH AP

|  |  | Debt: | $2,536.57 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|
| Amt Sched: | $0.00 |  |  | Accrued Int: | $0.00 |
| Amt Due: | $0.00 | Paid: | $810.38 | Balance Due: | $1,726.19 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled DisbDescrp |
|---|---|---|---|---|---|---|---|---|
| **5220** | **NATIONSTAR MORTGAGE** | | | | | | | |
| 522-0 | NATIONSTAR MORTGAGE | | 08/07/2024 | 2039151 | $60.82 | $0.00 | $60.82 | 08/16/2024 |
| 522-0 | NATIONSTAR MORTGAGE | | 07/10/2024 | 2038283 | $76.02 | $0.00 | $76.02 | 07/24/2024 |
| 522-0 | NATIONSTAR MORTGAGE | | 06/18/2024 | 2037460 | $60.82 | $0.00 | $60.82 | 06/28/2024 |
| 522-0 | NATIONSTAR MORTGAGE | | 05/22/2024 | 2036550 | $60.82 | $0.00 | $60.82 | 06/03/2024 |
| 522-0 | NATIONSTAR MORTGAGE | | 04/17/2024 | 2035545 | $551.90 | $0.00 | $551.90 | 04/25/2024 |
| | | | | Sub-totals: | $810.38 | $0.00 | $810.38 | |
| | | | | Grand Total: | $810.38 | $0.00 | | |