**UNITED STATES BANKRUPTCY COURT**

**MIDDLE DISTRICT OF Pennsylvania**

**In RE:**

DAVID ALLEN MCVICKER, SR

STEPHANIE ANN MCVICKER

**Debtor(s)**

**Chapter:** 13

**Claim Number:** 3

**Case Number:** 22-01888

**NOTICE OF CREDITOR CHANGE OF ADDRESS**

The creditor, **Sprint Corp.**, hereby requests a change to the address listed in the above-mentioned case.

Check which type of address change is being requested:

☐ Notice only ☑ Payment only ☐ Notice & Payment

**PAYMENT ADDRESS**

| FROM: | TO: |
|---|---|
| Sprint Corp. by American InfoSource as agent | Sprint Corp. by American InfoSource as agent |
| PO Box 4457 | PO Box 661380 |
| Houston, TX 77210-4457 | Dallas,TX 75266-1380 |

Date: 08/13/2026

/s/ Henry Makwana

Creditor's Authorized Agent for Sprint Corp.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF Pennsylvania**

**In RE:**

**Chapter:** 13

**Case Number:** 22-01888

DAVID ALLEN MCVICKER, SR
STEPHANIE ANN MCVICKER
**Debtor(s)**

## Certificate of Service

I certify that on 08/13/2026, I caused to be served a true and correct copy of the foregoing document by electronic mail or by first-class mail with postage prepaid on the following:

Via CM / ECF / NEF

Attorney for Debtor
KARA KATHERINE GENDRON
KARAGENDRON@GMAIL.COM

Trustee
JACK N ZAHAROPOULOS
info@pamd13trustee.com

/s/ Henry Makwana

Henry Makwana
AIS InfoSource, LP
4515 N Santa Fe Ave.
Oklahoma City, OK 73118
877-893-8820
POC_AIS@aisinfo.com