**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF Pennsylvania**

**In RE:**

DAVID ALLEN MCVICKER, SR

STEPHANIE ANN MCVICKER

**Debtor(s)**

**Chapter:** 13

**Claim Number:** 3

**Case Number:** 22-01888

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor, **Sprint Corp.**, hereby requests a change to the address listed in the above-mentioned case.

Check which type of address change is being requested:

☐ Notice only ☑ Payment only ☐ Notice & Payment

**PAYMENT ADDRESS**

| FROM: | TO: |
| --- | --- |
| Sprint Corp. by American InfoSource as agent | Sprint Corp. by American InfoSource as agent |
| PO Box 4457 | PO Box 661380 |
| Houston, TX 77210-4457 | Dallas,TX 75266-1380 |

Date: 08/13/2026

/s/ Henry Makwana

Creditor's Authorized Agent for Sprint Corp.