Certificate Number: 06531-PAM-DE-041360487

Bankruptcy Case Number: 22-01888

06531-PAM-DE-041360487

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 23, 2026, at 9:55 o'clock PM CDT, Stephanie Ann McVicker completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 24, 2026

By: /s/Stephanie Kjetland for Kenia Colchado

Name: Kenia Colchado

Title: Credit Counselor