United States Bankruptcy Court
Middle District of Pennsylvania

In re:
David Allen McVicker, Sr
Stephanie Ann McVicker
Debtors

Case No. 22-01888-HWV
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1 User: AutoDocke 
Date Rcvd: Aug 28, 2026 Form ID: 3180W Total Noticed: 81

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db/jdb | + | David Allen McVicker, Sr, Stephanie Ann McVicker, 214A John Street, Hanover, PA 17331-3351 |
| 5498605 | + | ALL AMERIDREAM RENTALS, 300 BALTIMORE STREET, HANOVER, PA 17331-3239 |
| 5498610 | + | BIOTEL HEART CARDIONET LLC, PO BOX 508, MALVERN, PA 19355-0508 |
| 5498611 | + | CAC COMMERCIAL ACCEPTANCE CORP, 2300 GETTYSBURG RD, STE 102, CAMP HILL, PA 17011-7303 |
| 5498614 | + | CAPITAL WEST FINANCE INC, 4028 HANOVER PIKE, MANCHESTER, MD 21102-1440 |
| 5498615 | + | CKS PRIME INC, PO BOX 2856, CHESAPEAKE, VA 23327-2856 |
| 5498616 | + | COLUMBIA GAS OF PA BANKRUPTCY NOTICES, REVENUE RECOVERY, 290 W NATIONWIDE BLVD, COLUMBUS, OH 43215-2561 |
| 5498628 | + | DIVERSIFIED, PO BOX 551268, JACKSONVILLE, FL 32255-1268 |
| 5498634 | + | HACC, ONE HACC DRIVE, HARRISBURG, PA 17110-2999 |
| 5498635 | + | HANOVER AREA FIRE & RESCUE COMMISSION, PO BOX 726, NEW CUMBERLAND, PA 17070-0726 |
| 5498660 | ++ | JEFFERSON CAPITAL SYSTEM LLC, MAILROOM, 200 14TH AVE E, SARTELL MN 56377-4500 address filed with court:, SPRINT BANKRUPTCY, PO BOX 7949, OVERLAND PARK, KS 66207 |
| 5498665 | ++ | JEFFERSON CAPITAL SYSTEM LLC, MAILROOM, 200 14TH AVE E, SARTELL MN 56377-4500 address filed with court:, T-MOBILE BANKRUPTCY DEPT, PO BOX 37380, ALBUQUERQUE, NM 87176 |
| 5498640 | | LOCL 1776 CU, 3031 WALTON ROAD, NORRISTOWN, PA 19401 |
| 5498641 | + | LORI NEIDERER, 32 LEXINGTON DRIVE, HANOVER, PA 17331-8657 |
| 5498643 | + | MARY HOLLINGSWORTH, 1327 NORTH MAIN STREET, HAMPSTEAD, MD 21074-2238 |
| 5498652 | + | PENN TOWNSHIP SEWER DEPARTMENT, 20 WAYNE AVENUE, HANOVER, PA 17331-3313 |
| 5498657 | + | RANDRECOVERY, PO BOX 21575, PIKESVILLE, MD 21282-1575 |
| 5498661 | + | SPRINT PART OF TMOBILE, CUSTMOMER SERVICE, PO BOX 629023, EL DORADO HILLS, CA 95762-9023 |
| 5499233 | | U.S. Department of Housing and Urban Development, 11th Floor 100 Penn Square East, Philadelphia, PA 19107 |
| 5498667 | ++ | UGI UTILITIES INC, ATTN CREDIT & COLLECTIONS, P O BOX 13009, READING PA 19612-3009 address filed with court:, UGI CORP, 225 MORGANTOWN RD, READING, PA 19611 |
| 5498670 | + | USDOE/GLELSI, PO BOX 16448, SAINT PAUL, MN 55116-0448 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Aug 28 2026 22:41:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | EDI: AIS.COM | Aug 28 2026 22:41:00 | Sprint Corp. by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AIS.COM | Aug 28 2026 22:41:00 | Verizon by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5498604 | | Email/Text: EBNProcessing@afni.com | Aug 28 2026 18:48:00 | AFNI INC, 404 BROCK DRIVE, PO BOX 3097, BLOOMINGTON, IL 61702-3097 |

| | | | | |
|---|---|---|---|---|
| 5498606 | ^ | MEBN | Aug 28 2026 18:46:06 | ARS, 1643 NW 136TH AVENUE, SUNRISE, FL 33323-2857 |
| 5498607 | + | EDI: ATTWIREBK.COM | Aug 28 2026 22:41:00 | AT&T - BANKRUPTCY, 4331 COMMUNICATIONS DR, FIR 4W, DALLAS, TX 75211-1300 |
| 5498608 | + | EDI: ATTWIREBK.COM | Aug 28 2026 22:41:00 | AT&T MOBILITY, 15901 E SKELLY DRIVE (PHILA), TULSA, OK 74116-2809 |
| 5498609 | | Email/Text: bankruptcy@bbandt.com | Aug 28 2026 18:47:00 | BB&T, BANKRUPTCY SECTION, PO BOX 1847, WILSON, NC 27894 |
| 5498612 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Aug 28 2026 18:47:41 | CAINE & WEINER, 1699 E WOODFIELD ROAD, SCHAUMBURG, IL 60173-4935 |
| 5498613 | | EDI: CAPITALONE.COM | Aug 28 2026 22:41:00 | CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5498617 | + | EDI: COMCASTCBLCENT | Aug 28 2026 22:41:00 | COMCAST CABLE (BK Notices), 676 ISLAND POND ROAD, MANCHESTER, NH 03109-4840 |
| 5498618 | | Email/Text: dylan.succa@commercialacceptance.net | Aug 28 2026 18:47:00 | COML ACCEPT, 2300 GETTYSBURG RD, STE 102, CAMP HILL, PA 17011-7303 |
| 5498619 | | EDI: PENNDEPTREV | Aug 28 2026 22:41:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5498620 | | Email/Text: commonwealth@ebn.phinsolutions.com | Aug 28 2026 18:47:00 | COMMONWEALTH FINANCIAL SYSTEMS INC, BK NOTICES, 245 MAIN STREET, DICKSON CITY, PA 18519-1641 |
| 5498621 | | Email/Text: cfcbackoffice@contfinco.com | Aug 28 2026 18:47:00 | CONTINENTAL, 121 CONTINENTAL DR, NEWARK, DE 19713 |
| 5498666 | | Email/Text: cfcbackoffice@contfinco.com | Aug 28 2026 18:47:00 | TBOM/CONTFIN, PO BOX 8099, NEWARK, DE 19714 |
| 5498622 | + | EDI: CONVERGENT.COM | Aug 28 2026 22:41:00 | CONVERGENT OUTSOURCING INC, 800 SW 39TH STREET, PO BOX 9004, RENTON, WA 98057-9004 |
| 5498623 | + | EDI: CCUSA.COM | Aug 28 2026 22:41:00 | CR COLL/USA, 256 GREENBAG ROAD STE 1, MORGANTOWN, WV 26501-7158 |
| 5498624 | + | Email/Text: ebnnotifications@creditacceptance.com | Aug 28 2026 18:47:00 | CREDIT ACCEPTANCE, 25505 W 12 MILE ROAD, STE 3000, SOUTHFIELD, MI 48034-8331 |
| 5498625 | + | EDI: CMIGROUP.COM | Aug 28 2026 22:41:00 | CREDIT MANAGEMENT LP, 6080 TENNYSON PKWY, STE 100, PLANO, TX 75024-6002 |
| 5498626 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 28 2026 18:54:35 | CREDITONE BANK, CUSTOMER BILLING AND CORRESPONDENCE, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 5498668 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Aug 28 2026 18:47:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |
| 5498627 | + | EDI: DISH | Aug 28 2026 22:41:00 | DISH NETWORK, BANKRUPTCY DEPT, PO BOX 9033, LITTLETON, CO 80160-9033 |
| 5498629 | + | Email/Text: emails@easternrevenue.com | Aug 28 2026 18:48:00 | EASTERN REVENUE, 601 DRESHER RD STE 301, HORSHAM, PA 19044-2238 |
| 5498630 | | Email/Text: operationsclerk@easypayfinance.com | Aug 28 2026 18:47:00 | EASYPAY/DVRA, 2701 LOKER AVE WEST, CARLSBAD, CA 92008 |
| 5498633 | | EDI: AMINFOFP.COM | Aug 28 2026 22:41:00 | FIRST PREMIER BANK, 3820 N LOUISE AVENUE, SIOUX FALLS SD 57107-0145 |

| | | | | |
|---|---|---|---|---|
| 5498636 | | EDI: IRS.COM | Aug 28 2026 22:41:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5498660 | | EDI: JCTM | Aug 28 2026 22:41:00 | SPRINT BANKRUPTCY, PO BOX 7949, OVERLAND PARK, KS 66207 |
| 5498665 | | EDI: JCTM | Aug 28 2026 22:41:00 | T-MOBILE BANKRUPTCY DEPT, PO BOX 37380, ALBUQUERQUE, NM 87176 |
| 5498637 | | EDI: JEFFERSONCAP.COM | Aug 28 2026 22:41:00 | JEFFCAPSYS, 16 MCLELAND RD, SAINT CLOUD, MN 56303 |
| 5498638 | + | EDI: JPMORGANCHASE | Aug 28 2026 22:41:00 | JPMCB CARD, PO BOX 15369, WILMINGTON, DE 19850-5369 |
| 5498639 | ^ | MEBN | Aug 28 2026 18:46:11 | KML LAW GROUP PC, SUITE 5000 - BNY INDEPENDENCE CENTER, 701 MARKET STREET, PHILADELPHIA, PA 19106-1538 |
| 5498642 | | Email/Text: camanagement@mtb.com | Aug 28 2026 18:48:00 | M&T BANK, 1100 WEHRLE DRIVE, WILLIAMSVILLE, NY 14221 |
| 5498644 | + | Email/Text: unger@members1st.org | Aug 28 2026 18:48:00 | MEMBERS 1ST FCU, 5000 LOUISE DR, PO BOX 40, MECHANICSBURG, PA 17055-0040 |
| 5498645 | | Email/Text: BankruptcyEast@firstenergycorp.com | Aug 28 2026 18:47:00 | MET ED, PO BOX 16001, READING PA 19612 |
| 5498647 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 28 2026 18:48:00 | MIDLAND CREDIT MANAGEMENT INC, BK NOTICES, 350 CAMINO DE LA REINA, STE 100, SAN DIEGO, CA 92108-3007 |
| 5498646 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 28 2026 18:48:00 | MIDLAND CREDIT MANAGEMENT INC, BK NOTICES, 320 EAST BIG BEAVER, STE 300, TROY, MI 48083-1271 |
| 5498648 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 28 2026 18:48:00 | MIDLAND FUNDING LLC, 2365 NORTHSIDE DR STE 300, SAN DIEGO, CA 92108-2710 |
| 5502412 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Aug 28 2026 18:47:00 | Metropolitan Edison Company, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 5504445 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 28 2026 18:48:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5504739 | | Email/Text: nsm_bk_notices@mrcooper.com | Aug 28 2026 18:47:00 | Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 5498649 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 28 2026 18:47:00 | NATIONSTAR/MR COOPER, 350 HIGHLAND DRIVE, LEWISVILLE, TX 75067-4488 |
| 5498650 | | EDI: AGFINANCE.COM | Aug 28 2026 22:41:00 | ONEMAIN FINANCIAL ATTN: BK NOTICES, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5498651 | + | Email/Text: bankruptcy@onlineis.com | Aug 28 2026 18:48:00 | ONLINE IN SV, PO BOX 1489, WINTERVILLE, NC 28590-1489 |
| 5498723 | ^ | MEBN | Aug 28 2026 18:46:59 | Orion, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5498654 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 28 2026 18:47:00 | PNC BANK, 2730 LIBERTY AVENUE, PITTSBURGH, PA 15222 |
| 5498655 | | EDI: PRA.COM | Aug 28 2026 22:41:00 | PORTFOLIO RECOVERY ASSOCIATES LLC, BK NOTICES, PO BOX 41067, NORFOLK, VA 23541 |
| 5498656 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Aug 28 2026 18:47:00 | PROGRESSIVE INSURANCE, 5165 CHAMPUS DR, STE 100, PLYMOUTH MEETING, PA 19462-1133 |
| 5501258 | | EDI: PENNDEPTREV | Aug 28 2026 22:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 5504059 | + | EDI: JEFFERSONCAP.COM | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 28 2026 22:41:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 5498658 | | Email/Text: enotifications@santanderconsumerusa.com | Aug 28 2026 18:48:00 | SANTANDER CONSUMER USA, BANKRUPTCY DEPARTMENT, PO BOX 560284, DALLAS, TX 75356-0284 |
| 5522570 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 28 2026 18:48:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 5498659 | | Email/Text: bankruptcy@snapfinance.com | Aug 28 2026 18:47:00 | SNAP FINANCE, 1760 W 2100 S #26561, SALT LAKE CITY, UT 84199 |
| 5498662 | | Email/Text: ccubankruptcy.notices@maryland.gov | Aug 28 2026 18:47:00 | STATE OF MARYLAND, CENTRAL COLLECTION UNIT, 5TH FLOOR CERTIFICATIONS, 300 WEST PRESTON STREET, BALTIMORE, MD 21201 |
| 5498663 | + | Email/Text: bankruptcy@sw-credit.com | Aug 28 2026 18:48:00 | SW CREDIT SYS, 4120 INTERNATIONAL PKWY STE 1100, CARROLLTON, TX 75007-1958 |
| 5498664 | + | EDI: SYNC | Aug 28 2026 22:41:00 | SYNCB/WALMART, PO BOX 965024, ORLANDO, FL 32896-5024 |
| 5501376 | | EDI: AIS.COM | Aug 28 2026 22:41:00 | Sprint Corp., by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5498669 | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Aug 28 2026 18:47:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |
| 5502892 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 28 2026 18:48:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 5498671 | | EDI: VERIZONCOMB.COM | Aug 28 2026 22:41:00 | VERIZON BANKRUPTCY DEPT, 500 TECHNOLOGY DR, STE 550, SAINT CHARLES, MO 63304-2225 |
| 5498672 | | EDI: VERIZONCOMB.COM | Aug 28 2026 22:41:00 | VERIZON WIRELESS, 500 TECHNOLOGY DR, STE 550, SAINT CHARLES, MO 63304-2225 |
| 5507925 | | EDI: AIS.COM | Aug 28 2026 22:41:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 62

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5505458 | *+ | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5498632 | ##+ | ERC, CORRESPONDENCE, PO BOX 57547, JACKSONVILLE, FL 32241-7547 |
| 5498631 | ##+ | ERC, PO BOX 57547, JACKSONVILLE, FL 32241-7547 |
| 5498653 | ##+ | PHNX FINAN, 8902 OTIS AVENUE, INDIANAPOLIS, IN 46216-1077 |

TOTAL: 0 Undeliverable, 1 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dorothy L Mott | on behalf of Debtor 2 Stephanie Ann McVicker DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Dorothy L Mott | on behalf of Debtor 1 David Allen McVicker Sr DorieMott@aol.com, karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Heather Riloff | on behalf of Creditor NATIONSTAR MORTGAGE LLC logsecf@logs.com |
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Kara Katherine Gendron | on behalf of Debtor 2 Stephanie Ann McVicker kara.gendron@mottgendronlaw.com;karagendronecf@gmail.com;doriemott@aol.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net;Gendron.KaraB@notify.bestcase.com |
| Kara Katherine Gendron | on behalf of Debtor 1 David Allen McVicker Sr kara.gendron@mottgendronlaw.com;karagendronecf@gmail.com;doriemott@aol.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net;Gendron.KaraB@notify.bestcase.com |
| Matthew K. Fissel | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com wbecf@brockandscott.com |
| Robert Patrick Wendt | on behalf of Creditor NATIONSTAR MORTGAGE LLC LeopoldAssociatesPAX6428@projects.filevine.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William Edward Miller | on behalf of Creditor NATIONSTAR MORTGAGE LLC wmiller@logs.com logsecf@logs.com |

TOTAL: 10

**Information to identify the case:**

Debtor 1: David Allen McVicker Sr (First Name, Middle Name, Last Name)

Social Security number or ITIN xxx–xx–5281
EIN _ _–_ _ _ _ _ _ _

Debtor 2 (Spouse, if filing): Stephanie Ann McVicker (First Name, Middle Name, Last Name)

Social Security number or ITIN xxx–xx–2407
EIN _ _–_ _ _ _ _ _ _

United States Bankruptcy Court Middle District of Pennsylvania

Case number: 1:22–bk–01888–HWV

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

David Allen McVicker Sr
aka David Allen McVicker

Stephanie Ann McVicker
fka Stephanie Ann Fogle

8/28/26

**By the court:**

Henry W. Van Eck, Chief Bankruptcy Judge

---

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;
- some debts which the debtors did not properly list;
- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;
- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;
- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**